**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ROBERT WRIGHT, JOHNNY KULA,
KYLE DONNELL, JENNIFER HOHL,
JANICE SANTELLO, and ANDREW BLAKE,

   *Plaintiffs*,

 v.

MAURA HEALEY, in her official capacity as
Governor of Massachusetts, and

ROBERT GOLDSTEIN, in his official
capacity as Commissioner of the Massachusetts
Department of Public Health,

   *Defendants*.

Civil Action No. 3-22-CV-11936

**<u>Affidavit of Catherine M. Brown</u>**

I, Catherine M. Brown, DVM MSc MPH, hereby depose and state under the pain and penalties

of perjury:

1.  I am the State Epidemiologist, a position I have held since July 2018, and State Public Health

    Veterinarian, a position which I have held since June 2006, with the Massachusetts Department

    of Public Health ("DPH"). I make this affidavit on the basis of my personal knowledge,

    professional training and experience, as well as my review of records of DPH, which are

    maintained in the ordinary course of business by persons with knowledge at or near the times

    of the matters recorded therein.

2.  I earned my Doctor of Veterinary Medicine from the University of Minnesota, a Master of

    Science in Wildlife Animal Health from the Royal Veterinary College, University of London

    and a Master of Public Health in Epidemiology and Biostatistics from Boston University. Prior

1

to joining DPH, I completed an Applied Epidemiology Fellowship supported by the Centers for Disease Control and Prevention and the Council of State and Territorial Epidemiologists with the New York State Department of Health. Since I have been employed with DPH, I have worked closely with others within DPH developing, refining and utilizing technologic data collection systems for the purposes of conducting public health surveillance for diseases that are dangerous to the public health that are reportable in the Commonwealth of Massachusetts.

3. As the State Epidemiologist, I provide leadership, subject matter expertise, and consultation on issues related to epidemiology and public health surveillance, to other departments and programs within DPH, local health departments, and other agencies. I provide epidemiologic guidance in disease recognition, investigation and control, as well as interpretation and application of policies and procedures.

4. During the COVID-19 pandemic, Google and Apple launched the digital Exposure Notification System ("ENS") in partnership with the Association of Public Health Laboratories ("APHL"), MITRE Corporation ("MITRE") and other entities. I participated in the multi-disciplinary leadership group which implemented and managed the ENS program in Massachusetts, which we generally refer to as "MassNotify."

5. Based on representations made by Google, Apple, APHL and other partners in the national ENS program, I understand that MassNotify included several different components and operated through the use of two information exchange servers. One of those components involved an exposure notification setting distributed by Google onto Android devices, which I will call the "MassNotify Setting." As explained to me, after a user voluntarily activated the MassNotify Setting on their device, the device would randomly generate anonymous Bluetooth codes ("keys"); exchange those keys with other devices that had voluntarily activated the

MassNotify Setting when they were in close proximity with one another; and send those keys to a national key server hosted by APHL. Additionally, a national verification server hosted by APHL provided links to users that allowed them to upload their keys to the national key server.

6. The MassNotify Setting enabled mobile devices to generate and send the keys, while the servers enabled the "matching" of the keys. Based on representations made by Google, Apple, APHL and other partners in the national ENS program, I understand that the "matching" occurred as follows. Once User A (who previously installed and voluntarily activated MassNotify on their mobile device) chose to share their positive COVID-19 diagnosis through the MassNotify Setting and provided consent, their mobile device would send to the server all the keys generated by the MassNotify Setting on their device within the last fourteen days. The MassNotify Setting on User B's mobile device would periodically download all anonymous keys from the server and, if a match was found (that is, if User B's device matched the key it received from the server with the key it earlier received from User A's device when in close proximity to it), would notify User B about the potential exposure.

7. The functioning of ENS—and MassNotify—depended upon the availability of the servers hosted by the APHL (the national key and verification servers) and the availability of the MassNotify Setting: once the servers were shut down and the MassNotify Setting was disabled by Apple and Google, the matching of anonymous keys became impossible, and MassNotify, including the MassNotify Setting, stopped functioning.

8. On February 21, 2023, APHL informed DPH that the ENS would end with the expiration of the federal COVID-19 public health emergency on May 11, 2023. On May 12, 2023, DPH received confirmation from APHL that the national key server and verification server were no longer functional after the federal COVID-19 public health emergency ended.

9. As of the date of this affidavit, MassNotify is no longer functional: the MassNotify Setting has been unpublished from the Google Play Store, it can longer be installed on Android devices, and the users can no longer receive exposure notifications. DPH is not aware of any plans by APHL to bring back the national key and verification servers. DPH also does not have any present intention or capacity of starting another digital exposure notification system.

10. The Department does not have the technical ability to remove the MassNotify Setting from Android devices on which it has been installed. Based on representations made by Google to DPH, Google also does not have this technical capability without initiating a system-wide update on all Android devices.

11. On or about May 10, 2023, DPH published the following public guidance at https://www.mass.gov/info-details/about-massnotify, attached hereto as **Exhibit 1**:

"MassNotify, the official COVID-19 exposure notification system for Massachusetts, was discontinued with the end of the federal COVID-19 public health emergency on May 11, 2023. MassNotify was a voluntary tool that worked through smartphones, with a focus on privacy, to alert users who may have been exposed to COVID-19. . . . If you previously chose to enable MassNotify on your phone, you may have been automatically notified when the system was discontinued. No further action is needed from you to turn off COVID-19 exposure notifications. Apple and Google have instructed that MassNotify users may take the following steps if they would like to confirm the system is no longer active: . . .

Android users: Going to Settings, then Google, then COVID-19 Exposure Notifications will show that the system is inactive. If you have an Android phone and wish to uninstall the Exposure Notification functionality distributed to your phone by the Google Play Store, you can do so at any time by taking the following steps:

– Open the Google Play Store
– Tap the profile picture at the top right
– Select Manage apps & devices and open the Manage tab
– Tap on "Exposure Notifications Settings Feature – MA" and click Uninstall

It is important to note that the presence of the Exposure Notification functionality on Android phones did not automatically activate Exposure Notifications on users' devices, and users' device settings were not changed."

12. While the ENS program was in effect, DPH obtained aggregate, anonymized data from MassNotify through a third-party intermediary, MITRE, for those MassNotify users that had opted to provide it. The transmission of these data was controlled by a data use agreement between the Commonwealth Health Insurance Connector Authority, on behalf of DPH, and MITRE. As stated in that agreement: "Aggregate analytic data will be presented to health officials through a cryptographically secure method to ensure user's privacy and anonymity. At no point will the Parties or [public health authorities] know a user's specific analytic information, and users have the choice to 'opt in' by downloading the application ('APP') or 'out of' providing analytic information by deleting the APP. . . . All analytic data is anonymized and aggregated." The aggregate, anonymized data included metrics on the number of devices contributing anonymous data, exposure notification metrics, exposure notification interaction metrics, key upload metrics, verification code metrics, and anonymous keys that had been voluntarily shared. These data did not include any personal or location information.

13. DPH intends to maintain the aggregate, anonymized data described above because those data serve important analytical and public health purposes, including analyzing the level of engagement with the application and estimating the public health impact of that engagement. However, now that the ENS program has concluded, DPH will not obtain any new data from MITRE.

14. In addition to the aggregate data described above, DPH has access to the following aggregate, anonymous analytics data from Google: estimated number of active users with the MassNotify Setting enabled, installed audience (the estimated number of devices with the MassNotify Setting installed), aggregate number of uninstalls, and high-level usage and diagnostic data for

those that opted into sharing that data, like number of crashes and "Application Not Responding" errors.

15. DPH does not have, and has never had, access to personalized data (including, but not limited to, a user's name, email address, or location) via MassNotify.

Signed on this 22nd day of May, 2023 under the pain and penalties of perjury, in the Town of Plymouth, Massachusetts, by

_Catherine M. Brown_
Catherine M. Brown, DVM MSc MPH
State Epidemiologist & State Public Health Veterinarian
Massachusetts Department of Public Health

6

## <u>CERTIFICATE OF SERVICE</u>

I certify that this affidavit, filed through the Court's ECF system, will be sent electronically to registered participants and that copies will be sent to non-registered participants by email on May 22, 2023.

/s/ *Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General

Dated: May 22, 2023

# EXHIBIT 1

 An official website of the Commonwealth of Massachusetts   Here's how you know

## Mass.gov



(/) ❯ **Executive Office of Health and Human Services** (/orgs/executive-office-of-health-and-human-services) ❯ **Department of Public Health** (/orgs/department-of-public-h

# About MassNotify

**MassNotify, the official COVID-19 exposure notification system for Massachusetts, was discontinued with the end of the federal COVID-19 public health emergency on May 11, 2023.**

MassNotify was a voluntary tool that worked through smartphones, with a focus on privacy, to alert users who may have been exposed to COVID-19.

### TABLE OF CONTENTS

**About the technology** (#about-the-technology-)

**Individual iOS or Android Devices** (#individual-ios-or-android-devices-)

**MassNotify resources** (#massnotify-resources-)

**Contact** (#contact)

## About the technology

- MassNotify was a service developed in partnership with Google and Apple to help slow the spread of COVID-19 and was used as another tool in our fight against COVID-19. MassNotify went live statewide in Massachusetts in June 2021.

- By opting in, users' devices shared anonymous codes with other MassNotify users using their phone's Bluetooth technology. MassNotify codes contained no personal information or location data and were completely anonymous. If a user tested positive, they could easily and anonymously notify other users they had been near recently to help stop the spread of COVID-19.

- Between June 2021 and May 2023, approximately 3.2 million smartphones users chose to activate MassNotify on their devices. During that time, over 89,000 people used MassNotify to alert approximately 1.8 million others that they were potentially exposed to COVID-19, giving them information they could use to make decisions about their own health.

- The national exposure notification resources that supported MassNotify were discontinued with the end of the federal public health emergency on May 11, 2023. The MassNotify system is no longer able to be used to notify others you may have exposed if you test positive or to notify you if you were near someone who tested positive for COVID-19.

- High levels of vaccination, widespread population immunity, and available treatments have significantly reduced the risk of severe COVID-19 disease, hospitalization, and death. We encourage you to continue following the Massachusetts Department of Public Health COVID-19 guidance at https://www.mass.gov/covid-19-updates-and-information (/covid-19-updates-and-information).

# Individual iOS or Android Devices

If you previously chose to enable MassNotify on your phone, you may have been automatically notified when the system was discontinued. No further action is needed from you to turn off COVID-19 exposure notifications. Apple and Google have instructed that MassNotify users may take the following steps if they would like to confirm the system is no longer active:

- **For iPhone users**: Going to *Settings*, then *Exposure Notifications* will show that the system is inactive.
- **Android users**: Going to *Settings*, then *Google*, then *COVID-19 Exposure Notifications* will show that the system is inactive. If you have an Android phone and wish to uninstall the Exposure Notification functionality distributed to your phone by the Google Play Store, you can do so at any time by taking the following steps:
  - Open the Google Play Store
  - Tap the profile picture at the top right
  - Select Manage apps & devices and open the Manage tab
  - Tap on "Exposure Notifications Settings Feature – MA" and click Uninstall
  - It is important to note that the presence of the Exposure Notification functionality on Android phones did not automatically activate Exposure Notifications on users' devices, and users' device settings were not changed. For more information on how Exposure Notifications worked through Android phone settings, please see Google's Play Store article **here** (https://support.google.com/android/answer/10775533).

# MassNotify resources

If you have technical questions about MassNotify, you can email our help desk at **massnotifyhelp@mass.gov** (mailto:massnotifyhelp@mass.gov).

You can access the **MassNotify privacy policy online** (/info-details/massnotify-privacy-policy).

# Contact

### MassNotify resources

### Online
If you have technical questions about MassNotify, you can email our help desk at **massnotifyhelp@mass.gov** (mailto:massnotifyhelp@mass.gov)

**You can access the MassNotify Privacy Policy online.** (/info-details/massnotify-privacy-policy)

 (/)

All Topics (/topics/massachusetts-topics)

Site Policies (/massgov-site-policies)

Public Records Requests (/topics/public-records-requests)

© 2023 Commonwealth of Massachusetts.

Mass.gov® is a registered service mark of the Commonwealth of Massachusetts. **Mass.gov Privacy Policy** (/privacypolicy)