UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WRIGHT et al.,<br><br> Plaintiffs,<br><br> v.<br><br>ROBERT GOLDSTEIN, in his official capacity as Commissioner of the Massachusetts Department of Public Health,<br><br> Defendants. | Civil Action No. 22-11936-MGM |

SCHEDULING ORDER

May 23, 2024

MASTROIANNI, U.S.D.J.

 The following schedule is entered based on the parties' Joint Statement (Dkt. No. 52) and the schedule set at today's scheduling conference:

1.  The parties shall exchange initial disclosures by **June 24, 2024**.

2.  The court adopts the parties' proposal to conduct discovery in two Phases. The parties shall complete all Phase One fact discovery by **December 20, 2024.**

3.  Dispositive motions, if any, based on Phase One discovery shall be filed by **January 29, 2025**. Oppositions shall be filed by **March 10, 2025**. Replies, if any, shall be filed by **March 31, 2025.**

4.  A hearing on any filed Phase One dispositive motions will be held on **April 16, 2025, at 11:00 a.m.** If no Phase One dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

5.  If the case proceeds past Phase One discovery, the parties shall promptly confer and file a proposed schedule for Phase Two discovery.

 It is So Ordered.

                /s/ Mark G. Mastroianni
                MARK G. MASTROIANNI
                United States District Judge