UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WRIGHT *et al*,<br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>ROBERT GOLDSTEIN, in his official capacity as Commissioner of the Massachusetts Department of Public Health,<br><br>　　　　　　*Defendant*. | Civil Action No. 3-22-CV-11936<br><br>Judge Mark G. Mastroianni |

## JOINT STATUS REPORT

The parties hereby report to the court that they are on the verge of finalizing their written settlement agreement. That agreement provides that Defendant will certify the fulfillment by the Massachusetts Department of Public Health's obligations to destroy certain data in the possession, custody and control of the Department of Public Health that was collected by the Department from Android Devices through the COVID Exposure Notification Setting, thus obviating the need for continued court supervision over the settlement. Once that certification has been served on Plaintiffs' counsel, Plaintiffs and Defendant will file a joint stipulation of dismissal with prejudice. The settlement agreement also provides for preliminary and final approval of the settlement by the court, without which the agreement will not take effect.

Due to unavoidable technical issues, the review and negotiation of the settlement agreement has been impeded on Plaintiffs' side. Moreover, because the process of identifying, destroying, and certifying the data destruction entails technical implementation and verification of a dataset dispersed over a large digital storage, the identification of the data to be destroyed by Defendant and the execution of the settlement agreement will take time. The parties are currently

1

in the process of getting final input from the persons necessary for final approval of the settlement agreement. Because of that, unless the settlement agreement is signed by the parties by October 31, 2025, the parties will file a joint status report with the court describing the progress reached regarding the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| ROBERT WRIGHT *et al, plaintiffs,* | ROBERT GOLDSTEIN, in his official capacity as Commissioner of the Massachusetts Department of Public Health, and MAURA HEALEY, in her official capacity as Governor of Massachusetts, *defendants*, |
| By their attorneys, | By their attorneys, |
| /s/ *Margaret A. Little* <br> Margaret A. Little, *pro hac vice* <br> peggy.little@ncla.legal <br> NEW CIVIL LIBERTIES ALLIANCE <br> 4250 N. Fairfax Dr., Suite 300 <br> Arlington, VA 22203 <br> Telephone: 202-869-5210 | ANDREA JOY CAMPBELL, <br> ATTORNEY GENERAL <br><br> */s/Erin E. Fowler* <br> Erin E. Fowler, BBO No. 707188 <br> Konstantin Tretyakov, BBO No. 698430 <br> Assistant Attorneys General <br> Office of the Attorney General <br> Government Bureau <br> One Ashburton Place <br> Boston, MA 02108 <br> (617) 963-2489 <br> Erin.Fowler@mass.gov |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that counsel for the Defendants conferred with counsel for Plaintiffs, specifically on September 15 and 16, 2025. The parties were able to reach agreement, as reflected in the joint status report.

/s/ *Erin E. Fowler*
Erin E. Fowler

Dated: September 18, 2025

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants and that copies will be sent to non-registered participants by email on September 18, 2025.

/s/ *Erin E. Fowler*
Erin E. Fowler

Dated: September 18, 2025