UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WRIGHT *et al.*,<br>　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>ROBERT GOLDSTEIN, in his official capacity as Commissioner of the Massachusetts Department of Public Health,<br><br>　　　　　　　*Defendant*. | Civil Action No. 3-22-CV-11936<br><br>Judge Mark G. Mastroianni |

## JOINT STATUS REPORT

The parties hereby report to the court that since the date of filing of their last status report, ECF No. 68, they have resolved the technical issues regarding the implementation of their settlement agreement and mostly finalized the text of the settlement agreement with accompanying exhibits and joint motion for a preliminary approval of the settlement agreement. The parties need ten (10) additional days to finalize and review the settlement documents, which they are expecting to file with the Court on or before November 10, 2025.

Respectfully submitted,

| | |
|---|---|
| ROBERT WRIGHT *et al.*, *plaintiffs,*<br><br>By their attorneys,<br><br>/s/ *Margaret A. Little*<br><br>Margaret A. Little, *pro hac vice*<br>peggy.little@ncla.legal<br>NEW CIVIL LIBERTIES ALLIANCE<br>4250 N. Fairfax Dr., Suite 300<br>Arlington, VA 22203<br>Telephone: 202-869-5210 | ROBERT GOLDSTEIN, in his official capacity as Commissioner of the Massachusetts Department of Public Health, *defendant*,<br><br>By his attorneys,<br><br>ANDREA JOY CAMPBELL,<br>ATTORNEY GENERAL<br><br>/s/ *Konstantin Tretyakov*<br>Konstantin Tretyakov, BBO No. 698430<br>Erin E. Fowler, BBO No. 707188<br>Assistant Attorneys General |

Office of the Attorney General<br>
Government Bureau<br>
One Ashburton Place<br>
Boston, MA 02108<br>
(617) 963-2489<br>
Erin.Fowler@mass.gov

Dated: October 31, 2025

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants and that copies will be sent to non-registered participants by email on October 31, 2025.

/s/ <i>Konstantin Tretyakov</i><br>
Konstantin Tretyakov

Dated: October 31, 2025